**Fill in this information to identify the case:**

Debtor 1: Edward Cordero Wallace
Debtor 2 (Spouse, if filing):
United States Bankruptcy Court for the: NORTHERN District of ILLINOIS
Case number (if known): 15 B 01049

- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $77.50 | 02/13/2015 |
| $77.50 | 03/16/2015 |
| $77.50 | 04/14/2015 |
| + $77.50 | 05/14/2015 |
| **Total** $310.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

01/16/2015          By the court: _____ AM
Month / day / year                United States Bankruptcy Judge